IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U. S. DISTRICT COURT
N. D. OF N. Y.
FILED
APR 12 2005
AT _____ O'CLOCK ____M
LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES OF AMERICA

v.

SCOTT MULLINS

Criminal No.: 1:03-CR-0308-001

Order Amending Judgment Dated March 25, 2004

Now comes Glenn T. Suddaby, United States Attorney for the Northern District of New York by William H. Pease, with petition to amend a Judgement in a Criminal Case of Scott T. Mullins to adjust the restitution order in that specific case striking the "joint and several" provision of the restitution order for Four Hundred Eight Dollars and No Cents ($408.00) and making the defendant solely responsible for payment of said restitution amount.

All other terms and orders of the Criminal Judgments to remain in effect.

So Ordered,

_____
Honorable David N. Hurd, U.S.D.J.

April 12, 2005
Date

Utica, N.Y.